No. A–502 (89–6213). LUCKY v. VASQUEZ, WARDEN. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. A–519. ENGLISH v. CITY OF ATLANTIC CITY ET AL. Application for injunction, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–837. IN RE DISBARMENT OF MARCONE. Disbarment entered. [For earlier order herein, see ante, p. 972.]

No. D–852. IN RE DISBARMENT OF VOORHIES. Peter Gordon Voorhies, of Portland, Ore., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 16, 1990 [ante, p. 1040], is hereby discharged.

No. D–856. IN RE DISBARMENT OF SANDS. It is ordered that Barry Gerald Sands, of Torrance, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–857. IN RE DISBARMENT OF KAY. It is ordered that Robert L. Kay, of Bethesda, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–858. IN RE DISBARMENT OF LOUDEN. It is ordered that John R. Louden, of Dublin, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.